UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RYAN ZINKE, in his official capacity as Secretary of the Department of Interior, et al.,<br><br>　　　　　　Defendants.<br><br>　and<br><br>　Bonner County, Idaho, et al.,<br><br>　　　　　　Defendant-Intervenors. | Case No. CV-16-021-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that The United States Fish & Wildlife Service's December 5, 2014 determination that the Cabinet-Yaak grizzly bear is not warranted for listing as an endangered species under the Endangered Species Act is VACATED. This matter is REMANDED to the United States Fish & Wildlife Service for further consideration consistent with the order issued on today's date.

Dated this 22nd day of August, 2017.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk