IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, | CV 16–21–M–DLC |
| Plaintiff, | |
| | ORDER |
| vs. | |
| RYAN ZINKE, in his official capacity as Secretary of the Department of Interior, DANIEL ASHE, in his official capacity as Director of the U.S. Fish & Wildlife Service, | **FILED** |
| | MAR 0 6 2018 |
| | Clerk, U.S District Court District Of Montana Missoula |
| Defendants. | |

Before the Court is Defendant's Stipulated Fee Settlement Agreement (Doc. 62). The parties having stipulated to the resolution of Plaintiff's Motion for Attorney's Fees and Other Costs Under the Endangered Species Act (Doc. 53),

IT IS ORDERED that the Stipulated Fee Settlement Agreement (Doc. 62) is APPROVED and Plaintiff's Motion for Attorney's Fees and Other Costs Under the Endangered Species Act (Doc. 53) is WITHDRAWN.

DATED this 6th day of March, 2018.

Dana L. Christensen, Chief District Judge
United States District Court